Per Curiam.

---

## Gentry v. Glover.

Appeal from Jackson Chancery Court.

Tried before the Hon. Thomas Cobbs.

J. B. Ashley and R. C. Hunt, for appellant.

J. E. Brown, contra.

The bill in this case was filed by the appellants, J. L. Gentry and G. B. Moore, administrators of the estate of William Moore, deceased, to enforce a vendor's lien upon land. On the final submission of the cause, the chancellor rendered a decree that the complainants were

not entitled to the relief prayed for, and ordered the bill dismissed.    Decree affirmed.

Opinion by McCLELLAN, J.